James E. JACKSON, Petitioner-Appellant, v. Neil OLSON, Warden of the Nebraska State Penitentiary at Lancaster, Lancaster County, Nebraska.

No. 12977.

Circuit Court of Appeals, Eighth Circuit.

Oct. 23, 1944.

James E. Jackson, pro se.

PER CURIAM.

Leave to file, proceed and prosecute appeal in forma pauperis denied.

L. O. KOVEN & BROTHER, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8186.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 5, 1943.

Decided Jan. 11, 1943.

Jacob Rabkin, of New York City (Irving Warshaw and Mark H. Johnson, both of New York City, on the brief), for petitioner.

Irving I. Axelrod, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the United States Board of Tax Appeals, 47 B.T.A. 467, is affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. FRUEHAUF TRAILER COMPANY (FACTORY SERVICE BRANCH).

No. 12948.

Circuit Court of Appeals, Eighth Circuit.

Oct. 9, 1944.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to refrain from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

Clarence NEWQUIST et al., Appellants, v. The EMPORIUM OF ST. PAUL, MINNESOTA, Debtor, et al.

No. 12870.

Circuit Court of Appeals, Eighth Circuit.

Oct. 23, 1944.

Joseph W. Finley, Matthew J. Finley, John A. Burns, and W. T. Goddard, all of St. Paul, Minn., for appellants.

C. Paul Smith and Lewis L. Anderson, both of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.